# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00248-CV

**Sharon Blindert and Doug Blindert, Appellants**

**v.**

**William M. Taylor, M.D. and Austin Center for Outpatient Surgery, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. GN200693, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Because appellants Sharon Blindert and Doug Blindert have failed to file an appellants' brief, we will dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk's record in this cause on May 8, 2003. Thus, appellants' brief was due June 9, 2003. *See id.* 38.6(a)(1). By postcard dated October 13, 2003, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellants tendered a motion by October 24 reasonably explaining the failure to file a brief. *See id.* 38.8(a)(1). Appellants have submitted neither a brief nor a motion reasonably explaining the failure to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Prosecution

Filed:   December 4, 2003